## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Bobby L. Culpepper
Culpepper & Carroll, PLLC
525 East Court Ave.
Jonesboro LA 71251

**REHEARING ACTION: December 16, 2009**

**Docket Number: 09   00416-CA**

**TIMMY HAWKINS**
**VERSUS**
**RAPIDES PARISH POLICE JURY, ET AL.**

**Appealed from Rapides Parish Case No. 201,839**

**BEFORE JUDGES:**

   Hon. Jimmie C. Peters
   Hon. Elizabeth A. Pickett
   Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Timmy Hawkins** has this day been

   **DENIED.**

cc: Steven Patrick Mansour, Counsel for the Appellee
    John Albert Ellis, Counsel for the Appellee